# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-426
Lower Tribunal No. 20-15342
_____

## Mio Gourmet Products, LLC,

Appellant,

vs.

## 645 W 27 LLC,

Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Marrero, Chamizo, Marcer Law LP, and Julio C. Marrero, for appellant.

The O'Boyle Law Firm, P.C., and Jonathan R. O'Boyle (Deerfield Beach), for appellee.

Before FERNANDEZ, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.  <u>See</u> <u>Garrison v. PHH Mortg. Corp.</u>, 298 So. 3d 116, 118 (Fla. 1st DCA 2020) ("The consequence of not filing exceptions [to a general magistrate's report and recommendation] is a failure to preserve the issue for appellate review.").